JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIRES JOLLEY LLP, a Canadian limited liability partnership,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ZIA SHLAIMOUN, an individual; and OUSSHA ARDA SHLAIMOUN, an individual,<br><br>　　　　Respondents. | CV 13-3324 PA (PLAx)<br><br>JUDGMENT |

Pursuant to the Court's July 8, 2013 Minute Order granting the Petition to Confirm Arbitration Award filed by petitioner Wires Jolley LLP ("Petitioner"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that

1.  Pursuant tot he New York Convention on Enforcement of Foreign Arbitral Awards and 9 U.S.C. § 201 <u>et seq.</u>, the April 22, 201 Decision of the Arbitrator entered by Arbitrator Barry Arbus in the arbitration entitled <u>Wires Jolley LLP v. Zia Shlaimoun, Oussha Arda Shlaimoun, Infinafund Ltd. And Infinafund Limited</u>, arbitrated before ADR Chambers, Inc. in Toronto, Canada, is hereby confirmed in favor of Petitioner as to respondents Zia Shlaimoun and Oussha Arda Shlaimoun (collectively "Respondents"); and

     2.     In conformity with the Decision of the Arbitrator, judgment is entered in favor of Petitioner and jointly and severally against Respondents in the sum of $227,504.46 accruing interest at the rate of two percent (2%) per annum from November 26, 2012, until this Judgment is satisfied.

DATED: July 8, 2013

                                                                        Percy Anderson  
                                         UNITED STATES DISTRICT JUDGE